

# Payslip

Page 1

**Employee Full Name:** ASHLEY N. HENRY
**Job Title:** 9280.FOOD SERVICE ASSISTANT.N/A.FOOD
**National Identifier:** XXX-XX-6575
**Employee Number:** 111168
**Latest Hire Date:** 12-Feb-2024
**Original Hire Date:** 12-Feb-2024
**Adjusted Service Date:**
**Assignment Number:** 111168
**Location:** 286F-LEE MCSHAN ES
**Position:** LEE MCSHAN JR ELEMENTARY.FOOD SERVICE ASSISTANT.FOOD SERVICE.240-35-00-99.F
**Payroll:** BIWEEKLY
**Employee Address:** 2627 DOUGLAS AVE APT 101, Dallas, TX 75219 US

**Employer Name:** DISD
**Employer Phone Number:** 972-925-4200
**Organization:** LEE MCSHAN JR ELEMENTARY
**Pay Basis:** DISD HOURLY
**Frequency:** Week
**Shift:**
**Bargaining Unit:**
**Collective Agreement:**
**Contract:**
**Grade:** FOOD SERVICE.1.185.NR.M185
**Employer Address:** 9400 NORTH CENTRAL EXPRESSWAY ADMIN BLDG, Dallas, TX 75231 US

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Bi-Week | 12-Apr-2024 | 22-Mar-2024 | 04-Apr-2024 | 16.14 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,032.98 | 91.93 | 53.60 | 24.12 | 863.33 |
| YTD | 3,352.34 | 298.35 | 144.78 | 24.12 | 2,885.09 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Time Entry Wages | | | 16.14031 | 64.00 | 1,032.98 | 207.70 | 3,352.34 |
| PERS BUS | | | 0.00 | 0.00 | 0.00 | 14.00 | 225.96 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -14.00 | -225.96 |

## Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Time Entry Wages | 16.14 | 64 | 1,032.98 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 85.22 | 276.57 |
| TRSC CARE | 6.71 | 21.78 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 38.62 | 96.17 |
| Medicare | 14.98 | 48.61 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BACKGROUND CK FEE | 24.12 | 24.12 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Single or Married filing separately | 0 | | 0.00 | 0.00 | 0.00 |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3754113050 | chime | C | XXXXXXXX9029 | 863.33 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

## Other Information

| Description | Value |
|---|---|
| No Results Found | |

## Message(s)

No Message(s) Found

   
**Payslip**  Page 1



| Employee Full Name | ASHLEY N. HENRY | Employer Name | DISD |
|---|---|---|---|
| Job Title | 9280.FOOD SERVICE ASSISTANT.N/A.FOOD | Employer Phone Number | 972-925-4200 |
| National Identifier | XXX-XX-6575 | Organization | LEE MCSHAN JR ELEMENTARY |
| Employee Number | 111168 | Pay Basis | DISD HOURLY |
| Latest Hire Date | 12-Feb-2024 | Frequency | Week |
| Original Hire Date | 12-Feb-2024 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 111168 | Collective Agreement | |
| Location | 286F-LEE MCSHAN ES | Contract | |
| Position | LEE MCSHAN JR ELEMENTARY.FOOD SERVICE ASSISTANT.FOOD SERVICE.240-35-00-99.F | Grade | FOOD SERVICE.1.185.NR.M185 |
| Payroll | BIWEEKLY | | |
| Employee Address | 2627 DOUGLAS AVE APT 101 Dallas, TX 75219 US | Employer Address | 9400 NORTH CENTRAL EXPRESSWAY ADMIN BLDG Dallas, TX 75231 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Bi-Week | 26-Apr-2024 | 05-Apr-2024 | 18-Apr-2024 | 16.14 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,255.74 | 111.76 | 80.16 | 24.12 | 1,039.70 |
| YTD | 4,608.08 | 410.11 | 224.94 | 48.24 | 3,924.79 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Time Entry Wages | | | 16.14062 | 77.80 | 1,255.74 | 285.50 | 4,608.08 |
| PERS BUS | | | 0.00 | 0.00 | 0.00 | 14.00 | 225.96 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -14.00 | -225.96 |

### Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Time Entry Wages | 16.14 | 77.8 | 1,255.74 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 103.60 | 380.17 |
| TRSC CARE | 8.16 | 29.94 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 61.95 | 158.12 |
| Medicare | 18.21 | 66.82 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BACKGROUND CK FEE | 24.12 | 48.24 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Single or Married filing separately | 0 | | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3762484911 | chime | C | XXXXXXXX9029 | 1,039.70 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found



     

   



# Payslip

Page 1

### Employee / Employer Information

| | | | |
|---|---|---|---|
| Employee Full Name | ASHLEY N. HENRY | Employer Name | DISD |
| Job Title | 9280.FOOD SERVICE ASSISTANT.N/A.FOOD | Employer Phone Number | 972-925-4200 |
| National Identifier | XXX-XX-6575 | Organization | LEE MCSHAN JR ELEMENTARY |
| Employee Number | 111168 | Pay Basis | DISD HOURLY |
| Latest Hire Date | 12-Feb-2024 | Frequency | Week |
| Original Hire Date | 12-Feb-2024 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 111168 | Collective Agreement | |
| Location | 286F-LEE MCSHAN ES | Contract | |
| Position | LEE MCSHAN JR ELEMENTARY.FOOD SERVICE ASSISTANT.FOOD SERVICE.240-35-00-99.F | Grade | FOOD SERVICE.1.185.NR.M185 |
| Payroll | BIWEEKLY | | |
| Employee Address | 2627 DOUGLAS AVE APT 101 Dallas, TX 75219 US | Employer Address | 9400 NORTH CENTRAL EXPRESSWAY ADMIN BLDG Dallas, TX 75231 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | | Pay Rate |
|---|---|---|---|---|---|
| Bi-Week | 10-May-2024 | 19-Apr-2024 | 02-May-2024 | | 16.14 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,225.07 | 109.03 | 76.33 | 0.01 | 1,039.70 |
| YTD | 5,833.15 | 519.14 | 301.27 | 48.25 | 4,964.49 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Time Entry Wages | | | 16.14058 | 75.90 | 1,225.07 | 361.40 | 5,833.15 |
| PERS BUS | | | 0.00 | 0.00 | 0.00 | 14.00 | 225.96 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -14.00 | -225.96 |

### Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Time Entry Wages | 16.14 | 75.9 | 1,225.07 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 101.07 | 481.24 |
| TRSC CARE | 7.96 | 37.90 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 58.57 | 216.69 |
| Medicare | 17.76 | 84.58 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BACKGROUND CK FEE | 0.01 | 48.25 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Single or Married filing separately | 0 | | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3770084939 | chime | C | XXXXXXXX9029 | 1,039.70 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found



     

    





     

# Payslip

Page 1

**DALLAS**

| | | | | |
|---|---|---|---|---|
| Employee Full Name | ASHLEY N. HENRY | Employer Name | DISD | |
| Job Title | 9280.FOOD SERVICE ASSISTANT.N/A.FOOD | Employer Phone Number | 972-925-4200 | |
| National Identifier | XXX-XX-6575 | Organization | LEE MCSHAN JR ELEMENTARY | |
| Employee Number | 111168 | Pay Basis | DISD HOURLY | |
| Latest Hire Date | 12-Feb-2024 | Frequency | Week | |
| Original Hire Date | 12-Feb-2024 | Shift | | |
| Adjusted Service Date | | Bargaining Unit | | |
| Assignment Number | 111168 | Collective Agreement | | |
| Location | 286F-LEE MCSHAN ES | Contract | | |
| Position | LEE MCSHAN JR ELEMENTARY.FOOD SERVICE ASSISTANT.FOOD SERVICE.240-35-00-99.F | Grade | FOOD SERVICE.1.185.NR.M185 | |
| Payroll | BIWEEKLY | | | |
| Employee Address | 2627 DOUGLAS AVE APT 101 Dallas, TX 75219 US | Employer Address | 9400 NORTH CENTRAL EXPRESSWAY ADMIN BLDG Dallas, TX 75231 US | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Bi-Week | 24-May-2024 | 03-May-2024 | 16-May-2024 | 16.14 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,107.25 | 98.55 | 61.66 | 0.00 | 947.04 |
| YTD | 6,940.40 | 617.69 | 362.93 | 48.25 | 5,911.53 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Time Entry Wages | | | 16.14067 | 68.60 | 1,107.25 | 430.00 | 6,940.40 |
| PERS BUS | | | 0.00 | 0.00 | 0.00 | 14.00 | 225.96 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -14.00 | -225.96 |

## Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Time Entry Wages | 16.14 | 68.6 | 1,107.25 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 91.35 | 572.59 |
| TRSC CARE | 7.20 | 45.10 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 45.60 | 262.29 |
| Medicare | 16.06 | 100.64 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BACKGROUND CK FEE | 0.00 | 48.25 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Single or Married filing separately | 0 | | 0.00 | 0.00 | 0.00 |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3782501416 | chime | C | XXXXXXXX9029 | 947.04 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

## Other Information

| Description | Value |
|---|---|
| No Results Found | |

## Message(s)

No Message(s) Found

    

# Payslip

Page 1

**DALLAS**

| Employee Full Name | ASHLEY N. HENRY | Employer Name | DISD |
|---|---|---|---|
| Job Title | 9280.FOOD SERVICE ASSISTANT.N/A.FOOD | Employer Phone Number | 972-925-4200 |
| National Identifier | XXX-XX-6575 | Organization | LEE MCSHAN JR ELEMENTARY |
| Employee Number | 111168 | Pay Basis | DISD HOURLY |
| Latest Hire Date | 12-Feb-2024 | Frequency | Week |
| Original Hire Date | 12-Feb-2024 | Shift | |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 111168 | Collective Agreement | |
| Location | 286F-LEE MCSHAN ES | Contract | |
| Position | LEE MCSHAN JR ELEMENTARY.FOOD SERVICE ASSISTANT.FOOD SERVICE.240-35-00-99.F | Grade | FOOD SERVICE.1.185.NR.M185 |
| Payroll | BIWEEKLY | | |
| Employee Address | 2627 DOUGLAS AVE APT 101 Dallas, TX 75219 US | Employer Address | 9400 NORTH CENTRAL EXPRESSWAY ADMIN BLDG Dallas, TX 75231 US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Bi-Week | 07-Jun-2024 | 17-May-2024 | 30-May-2024 | 16.14 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 708.56 | 63.07 | 19.13 | 0.00 | 626.36 |
| YTD | 7,648.96 | 680.76 | 382.06 | 48.25 | 6,537.89 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Time Entry Wages | | | 16.14032 | 43.90 | 708.56 | 473.90 | 7,648.96 |
| PERS BUS | | | 0.00 | 0.00 | 0.00 | 14.00 | 225.96 |
| DOCK DOCK | | | 0.00 | 0.00 | 0.00 | -14.00 | -225.96 |

### Rate Details

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Time Entry Wages | 16.14 | 43.9 | 708.56 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| TRS RETIREMENT | 58.46 | 631.05 |
| TRSC CARE | 4.61 | 49.71 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 8.86 | 271.15 |
| Medicare | 10.27 | 110.91 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BACKGROUND CK FEE | 0.00 | 48.25 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Texas | No State Withholding Tax | 0 | | 0.00 | 0.00 | 0.00 |
| Federal | Single or Married filing separately | 0 | | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 3789416246 | chime | C | XXXXXXXX9029 | 626.36 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| No Results Found | |

### Message(s)

No Message(s) Found



